# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 588 WAL 2014
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DAVID L. PATTON, :
:
Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 589 WAL 2014
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DAVID L. PATTON, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 29th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.